IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN FORSHEY, an incapacitated person, by the guardian of his person and estate, LINDA J. FORSHEY,** | : | Civil No. 1:13-cv-0285 |
| **Plaintiff,** | : | |
| v. | : | |
| **HUNTINGDON COUNTY, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

### O R D E R

AND NOW, this 12th day of January, 2017, **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation of Magistrate Judge Mehalchick is adopted. (Doc. 73.)

2) Defendants' partial motion for summary judgment (Doc. 61) is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Defendants' motion for summary judgment on Forshey's conditions of confinement claim is **DENIED**;

   b. Defendants Bair and Black are not entitled to qualified immunity on Forshey's conditions of confinement claim;

   c. The motion for summary judgment of Defendants Bair and Black, in their individual and official capacities, regarding Forshey's deliberate indifference to a serious medical need is **GRANTED**;

    d. Defendants' motion for summary judgment on any *Monell* liability for Forshey's conditions of confinement claim related specifically to the running of showers while not in use is **DENIED**; and

    e. Defendants' motion for summary judgment on any *Monell* liability for Forshey's deliberate indifference claim arising from Nurse Watkins' conduct is **GRANTED**.

3) Counsel shall confer with each other and submit a revised joint case management plan for the disposition of this case. The plan shall be submitted by January 30, 2017.

4) A case management conference will be held on February 8, 2017 at 9:15 a.m. via telephone. The placement of the telephone conference call is the responsibility of Plaintiff. The telephone number of the court is 717-221-3960.

                                        s/Sylvia Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge